Morton R. Ferdinand, Minor, by David L. Ferdinand, Father and Next Friend, Appellee, v. Ruth Marquerite Threewitt, Also Known as Ruth Marquerite Ferdinand, Appellant.

Gen. No. 44,783.

opinion filed October 31, 1949; released for publication November 21, 1949. Arthur K. Young, for appellant; Mitchell Leikin, of counsel; Harry G. Fins, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full.

Samuel J. Graffe, Appellant, v. Marcella Graffe, Appellee.

Gen. No. 44,228.

opinion filed October 31, 1949; released for publication November 21, 1949. Hermann P. Haase and Johan Waage, for appellant; John V. Clinnin, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.